UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

LAWRENCE M. SCLAFANI,

    Plaintiff,

v.

BC SERVICES, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, LAWRENCE M. SCLAFANI, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, BC SERVICES, INC., is a professional corporation and citizen of the State of Colorado with its principal place of business at 451 21st Avenue, Longmont, Colorado 80501.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

8. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

9. Defendant left the following messages on Plaintiff's voice mail on his residential telephone on or about the dates stated:

July 13, 2009 – Pre-Recorded Message
I have private information for you and you should listen to this message in private. By continuing to listen to this message, you acknowledge that you are Samantha C. Gielow. This is BC Services, a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back at 866-822-1798. Thank you.

July 30, 2009
I'm trying to reach Samantha, please? Gielow? If you could please forward on this message. Apologize if I've gotten a hold of the wrong folks. I sure appreciate it. I'm Victoria Willing and my phone number here is toll-free at 866-822-1798. Thank you!

September 11, 2009

Hello, this message is for Samatha Gielow. The last name is G-I-E-L-O-W. If you are not Samantha Gielow please hang up or disconnect. If you are Samantha Gielow, I have some personal and private information for you and you should listen to this message in private. By continuing to listen to this message you acknowledge that you are Samantha Gielow this is Pat (inaudible) with BC Services. I am a debt collector and this is attempt to collect a debt an any information will be used for that purpose. Could you please return this phone call to 866-822-1798. Thank you.

November 18, 2009
Yes, I'm trying to locate Samantha Gielow. Gielow? If you know Samantha or can get a hold of Samantha, please have her return my call. My name is Cody V. and my phone number is 866-822-1798. Thank you. Bye.

December 17, 2009 – Pre-Recorded Message
Gielow, I have some personal and private information for you and you should listen to this message in private. By continuing to listen to this message you acknowledge that you are Samatha C. Gilow. This is BC Services a debt collection agency. This is an attempt to collect a debt and information obtained will be used for that purpose. Please call me back at 866-822-1798. Thank you.

February 26, 2010 – Pre-Recorded Message
Samantha C. Gielow, I have some personal and private information for you and you should listen to this message in private. By continuing to listen to this message, you acknowledge that you are Samantha C. Gielow. This is BC Services, a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return my call today concerning the possible discount on your account. Our phone number is 866-822-1798. This is a message for Samantha C. Gielow. If you are not Samantha C. Gielow, please hang up or disconnect. If you are Samantha C. Gielow, I have some personal and private information for you and you should listen to this message in private. By continuing to listen to this message, you acknowledge that you are Samantha C. Gielow. This is BC Services, a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return my call today concerning a possible discount on your account. Our phone number is 866-822-1798.

March 31, 2010 – Pre-Recorded Message

>Private information for you and you should listen to this message in private. By continuing to listen to this message, you acknowledge that you are Samantha C. Gielow. This is BC Services, a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back at 866-822-1798. Thank you.

10.     Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

11.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

12.     Some of the messages use a pre-recorded or artificial voice.

13.     Some of the messages appear to be seeking to collect a debt from Samantha C. Gielow.

14.     Plaintiff is not liable for the debt of Samantha C. Gielow, does not know her, nor does Ms. Gielow reside at Plaintiff's home.

15.     The U.S. Court of Appeals for the Eleventh Circuit has established the standard by which violations of the FDCPA are analyzed, *i.e.,* whether the communication by the debt collector would mislead the "least sophisticated consumer". *Jeter v. Credit Bureau, Inc.,* 760 F.2d 1168, 1172-78  (11th Cir. 1985).

16.     Based upon the text of some of the messages, the least sophisticated consumer would believe he is obligated to pay a consumer debt and, accordingly, is a consumer as defined in the FDCPA and a debtor as defined in the FCCPA.

17. Defendant used a pre-recorded or artificial voice to place telephone calls to Plaintiff's home telephone.

18. Plaintiff did not expressly consent to Defendant's placement of telephone calls to his home telephone by the use of a pre-recorded or artificial voice prior to Defendant's placement of the calls.

19. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(B).

20. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

21. Plaintiff incorporates Paragraphs 1 through 20.

22. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

23. Plaintiff incorporates Paragraphs 1 through 20.

24. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and that it is a debt collector and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

25. Plaintiff incorporates Paragraphs 1 through 20.

26. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See <u>Sanchez v. Client Servs</u>., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

27.    Plaintiff incorporates Paragraphs 1 through 20.

28.    Defendant placed non-emergency telephone calls to Plaintiff's home telephone using a pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(B).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an

automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com

By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658